## STATE v. RAMSEUR

No. 409P92

Case below: 107 N.C.App. 762

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## STATESVILLE MEDICAL GROUP v. DICKEY

No. 296P92

Case below: 106 N.C.App. 669

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## TAYLOR v. VOLVO NORTH AMERICA CORP.

No. 410PA92

Case below: 107 N.C.App. 678

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993.

## WATTS v. RIDENHOUR

No. 388P92

Case below: 107 N.C.App. 763

Petition by defendants (Mr. and Mrs. Ridenhour) for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.